NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**SAIED TADAYON AND BIJAN TADAYON,**
*Appellants,*

**v.**

**SAUCON TECHNOLOGIES,**
*Appellee.*

———————————

2014-1804

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,644.

———————————

**ON MOTION**

———————————

**O R D E R**

Appellants move for leave to file electronically.

The Administrative Order for this court relating to case filing makes clear that a pro se party must file documents in paper form.  Administrative Order Regarding Electronic Case Filing ECF-8(A).

2                                   TADAYON v. SAUCON TECHNOLOGIES

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24